# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIELLE NORWOOD, | ) |
| | ) C.A. No. 1:21-cv-00246-RGA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) TRIAL BY JURY OF |
| ROXANA VOLUNTEER FIRE CO., a | ) TWELVE DEMANDED |
| Delaware Corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY AGREED AND STIPULATED** by the attorneys for the undersigned parties that all claims of Plaintiff against Defendant in the above-captioned matter are hereby dismissed, with prejudice.

**SCHMITTINGER & RODRIGUEZ, P.A.**

_____
William D. Fletcher, Esquire (I.D. 362)
Gary E. Jung, Esquire (I.D. 6169)
414 S. State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-0140
gjunge@schmittrod.com
*Attorneys for Plaintiff*

**RAWLE & HENDERSON LLP**

*/s/ Joelle Florax*

_____
Joelle Florax, Esquire (I.D. 3555)
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
(302) 778-1200
jflorax@rawle.com
*Attorney for Defendant*

SO ORDERED this 26th day of August, 2022

/s/ Richard G. Andrews
United States District Judge

16181096-1